**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7240**
_____

JASON JEFFERSON,

                    Plaintiff - Appellant,

          v.

DUANE GREY, Mr., Mental Health Clinician; KING, Mrs., Mental
Health Clinician,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge.  (3:13-cv-00105-JAG)

_____

Submitted:  December 19, 2013      Decided:  December 23, 2013

_____

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason Jefferson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Jefferson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) action for noncompliance with a court order. A plaintiff's failure to comply with an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jefferson v. Grey, No. 3:13-cv-00105-JAG (E.D. Va. July 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2